**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

LUNIQUE AGOSTINI, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

ROCKWELL HOUSE, PBC,

Defendants.

---------------------------------------------------------------x

Civil Action No.

1:24-cv-8426

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Lunique Agostini, and Defendant, Rockwell House, PBC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: January 3, 2025

By: Gabriel Levy

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: ______________________

Craig L. Dashiell, Esq.
*Attorneys for Defendant*
Lowenstein Sandler LLP (NJ)
65 Livingston Avenue
Roseland, NJ 07068
T : (975)-597-2370
Cdashiell@lowenstein.com

Dated: January 7, 2025